IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL BARTHOLOMEW CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv514-MHT |
| | ) | (WO) |
| PAMELA HARRIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Upon consideration of plaintiff's motion for voluntary dismissal (doc. no. 15), which the court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**